1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

DANIEL TEKLEMARIAM HAGOS,

Case No. C22-1436RSL-DWC

10

Plaintiff,

ORDER ADOPTING
REPORT &
RECOMMENDATION

11

v.

12

GOODWILL, *et al.*,

13

Defendants.

14

15       This matter comes before the Court on the Report and Recommendation of Magistrate

16   Judge David W. Christel (Dkt. # 17). The Court, having reviewed the Report and

17   Recommendation, objections to the Report and Recommendation, if any, and the remaining

18   record, does hereby find and ORDER:

19       (1) The Court adopts the Report and Recommendation.[1]

20       (2) The Amended Complaint fails to state a claim upon which relief can be granted.

21   Therefore, Plaintiff's claims are dismissed without prejudice and this case is closed.

22       (3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David

23   W. Christel.

24

25       IT IS SO ORDERED.

26   _____

27   [1] For clarity, the Court notes that: (1) the citation on page 3, line 2-3 should be to "*Leer*, 844 F.2d
     at 633-34"; (2) the citation on page 3, line 12-13 should be to "*Peng v. Mei Chin Penghu*, 335 F.3d 970,
28   980 (9th Cir. 2003)"; and (3) the citation on page 4, line 7 should be to "*Monell*, 436 U.S. at 690-91."

ORDER ADOPTING REPORT &
RECOMMENDATION - 1

1

2          DATED this 7th day of March, 2023.

3

4

5                                        Robert S. Lasnik
                                         United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER ADOPTING REPORT &
RECOMMENDATION - 2